# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| | :  Chapter 13 |
| | : |
| **MICHELINA J. CILIBERTO,** | :  Case No. 19-14462-ELF |
| | : |
| **Debtor.** | : |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF COURT:

Kindly withdraw the Proof of Claim filed on behalf of Montgomery County Tax Claim Bureau in the above captioned Chapter 13 Bankruptcy case docketed as claim number 2-1 on the Official Claims Register in the amount of $4,517.80 plus statutory interest accruing a the rate of nine percent (9%) per annum.

Respectfully submitted,

Date: August 15, 2019

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165

4832-2497-0656