# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Michelina J. Ciliberto**                                                    Case No.    **19-14462**

Debtor(s)                                          Chapter      **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Michelina J. Ciliberto**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **June 25, 2019**                                Signature    **/s/ Michelina J. Ciliberto**

**Michelina J. Ciliberto**

Debtor