# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 19-14462-ELF

MICHELINA J CILIBERTO

15 GREYSTONE ROAD

AMBLER, PA 19002-

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHELINA J CILIBERTO

15 GREYSTONE ROAD

AMBLER, PA 19002-

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

                          /S/ William C. Miller

Date: 9/26/2019             _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee