**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELINA J CILIBERTO | Chapter 13 |
| Debtor | Bankruptcy No. 19-14462-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 10, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Debtor:
MICHELINA J CILIBERTO

15 GREYSTONE ROAD

AMBLER, PA 19002-