```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                                Case No. 19-14462-elf
Michelina J. Ciliberto                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                 Page 1 of 2              Date Rcvd: Dec 11, 2019
                              Form ID: pdf900           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
```
db             Michelina J. Ciliberto,    15 Greystone Road,    Ambler, PA  19002
14357637      +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
14391271     ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
               (address filed with court:  Champion Mortgage Company,     8950 Cypress Waters Boulevard,
                 Coppell, TX 75019)
14357638      +Champion Mortgage,    PO Box 612877,    Dallas, TX 75261-2877
14362235      +EnerBank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
14357640       Greg Ciliberto,    15 Greystone Road,    Ambler, PA 19002
14376713      +MONTGOMERY COUNTY TAX CLAIM BUREAU,    One Montgomery Plaza,    P.O.Box 190,
                 One Montgomery Plaza,    Norristown, PA 19401-4853
14363534      +MONTGOMERY COUNTY TAX CLAIM BUREAU,    Michael D. Vagnoni, Esq.,    Center Square West,,
                 1500 Market Street,    Philadelphia, PA 19102-2100
14357641      +Michael P. Clarke, Esquire,    Rudolph Clarke LLC,    7 Neshaminy Interplex Suite 200,
                 Feasterville Trevose, PA 19053-6974
14357642      +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza,    Suite 600,
                 Norristown, PA 19401-4851
14364264      +Nationstar Mortgage LLC,    d/b/a Champion Mortgage Company,    KML Law Group, P.C.,
                 701 Market St, Suite 5000,    Philadelphia, PA 19106-1541
14357644      +Tax Collector,    PO Box 237,    Blue Bell, PA 19422-0237
14357645       Whitpain Township,    PO Box 1093,    Blue Bell, PA 19422-0300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 12 2019 03:22:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2019 03:22:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2019 03:22:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14357636      +E-mail/Text: bkrpt@retrievalmasters.com Dec 12 2019 03:22:08     Amca,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
14357639      +E-mail/Text: bbagley@enerbankusa.com Dec 12 2019 03:21:54     Enerbank Usa,
                 1245 E Brickyard Rd Ste,    Salt Lake City, UT 84106-2559
14357643      +E-mail/Text: Bankruptcies@nragroup.com Dec 12 2019 03:22:28     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +MONTGOMERY COUNTY TAX CLAIM BUREAU,    One Montgomery  Plaza,    P.O.Box 190,
                 One Montgomery Plaza,    Norristown, PA 19401-4853
14376711*     +MONTGOMERY COUNTY TAX CLAIM BUREAU,    Michael D. Vagnoni, Esq.,    Center Square West,,
                 1500 Market Street,    Philadelphia, PA 19102-2100
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: dlv                  Page 2 of 2                   Date Rcvd: Dec 11, 2019
                               Form ID: pdf900            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
        JOSEPH L QUINN    on behalf of Debtor Michelina J. Ciliberto CourtNotices@rqplaw.com
        MICHAEL D. VAGNONI    on behalf of Creditor    MONTGOMERY COUNTY TAX CLAIM BUREAU
        michael.vagnoni@obermayer.com,
        Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.baglanzis@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                       TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELINA J CILIBERTO | Chapter 13 |
| Debtor | Bankruptcy No. 19-14462-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 10, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Debtor:
MICHELINA J CILIBERTO

15 GREYSTONE ROAD

AMBLER, PA 19002-